IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | Case No. 8:11-cv-275 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER |
| ANTHONY BEDIENT, ELIZABETH FLYNN, and SARA LUTTON, | ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon the Stipulation for Payment of Funds and Dismissal filed by the parties.

The Court, being fully advised in the premises, finds that said Stipulation should be and is hereby approved, and directs the Plaintiff to pay to the Clerk of the District Court the sum of $535,000.00. Such sum shall be disbursed by the Clerk of the Court as follows:

(a)  To the Defendant Anthony Bedient - $361,653.86;

(b)  To the Defendant Elizabeth Flynn - $85,923.07;

(c)  To the Defendant Sara Lutton - $85,923.07; and

(d)  To Byam & Hoarty - $1,500.00.

Upon payment of the amounts described above by the Clerk to the Defendants, the Complaint of the Plaintiff shall be dismissed, with prejudice, at the Plaintiff's cost.

IT IS SO ORDERED.

DATED:  November 17, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge