IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY BEDIENT, ELIZABETH FLYNN, and SARA LUTTON,<br><br>        Defendants. | Case No. 8:11-cv-275<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff Zurich American Insurance Company's ("Zurich") Motion to Dismiss (Filing No. 25). The Court finds the Motion should be granted.

IT IS ORDERED that Zurich is hereby dismissed from this action and is released and discharged from all liability to any party with respect to the Accidental Death Benefits payable under the Blanket Accident Policy, number GTU 00 30 576 ("Plan"), and determining Zurich shall have no further obligation of payment or otherwise with respect to the Accidental Death Benefits payable under the Plan.

Dated this 13th day of December, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge